UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE SERRATO HERRERA,

Petitioner,

v.

WARDEN OF ADELANTO
DETENTION FACILITY, et al.,

Respondents.

Case No. 5:25-cv-03199-JLS-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that judgment be entered dismissing the action with prejudice as moot.

DATED:  02/20/2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2