UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SERRATO HERRERA,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN OF ADELANTO<br>DETENTION FACILITY, et al.,<br><br>                    Respondents. | Case No. 5:25-cv-03199-JLS-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 02/20/2026

_____
     HONORABLE JOSEPHINE L. STATON
     UNITED STATES DISTRICT JUDGE